THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
TIFFANIE C. DE LA RIVA (SB #309092)
tiffanie.delariva@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH DOMINIC VACCARO,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>Defendant. | Case No. 4:18-cv-05111-HSG<br><br>**DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Complaint filed: August 21, 2018 |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S CERTIFICATE OF INTERESTED PARTIES
98469013.1 0052161-00006

-1-

4:18-CV-05111-HSG

CERTIFICATE OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Select Portfolio Servicing, Inc. ("SPS") is a wholly owned subsidiary of SPS Holding Corp., which is also a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc., which is jointly-owned by Credit Suisse AG and Credit Suisse Group AG. Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG. The shares of Credit Suisse Group AG are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

DATED:  September 11, 2018

STOEL RIVES LLP

By: */s/ Tiffanie C. de la Riva*
THOMAS A. WOODS
TIFFANIE C. DE LA RIVA
Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S CERTIFICATE OF INTERESTED PARTIES
98469013.1 0052161-00006

-2-

4:18-CV-05111-HSG