THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
TIFFANIE C. DE LA RIVA (SB #309092)
tiffanie.delariva@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH DOMINIC VACCARO,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>Defendant. | Case No. 4:18-cv-05111-HSG<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br><u>Hearing:</u><br><br>Date: November 27, 2018<br>Time: 2:00 p.m.<br>Ctrm: 2<br>Judge: Hon. Haywood S. Gilliam, Jr. |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
99282046.1 0052161-06294

-1-

4:18-CV-05111-HSG

## ORDER

The Court, having read and considered Defendant Select Portfolio Servicing, Inc.'s ("SPS") Request to Appear Telephonically at the Case Management Conference currently scheduled for November 27, 2018, at 2:00 p.m., and good cause appearing, finds:

Defendant's Request to Appear Telephonically at Case Management Conference is GRANTED.

**IT IS HEREBY ORDERED**:

1. Counsel for Defendant may appear telephonically at the Case Management Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: November 21, 2018

*Haywood S. Gilliam Jr.*
Haywood S. Gilliam, Jr.
Judge of the District Court

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
99282046.1 0052161-06294

-2-

4:18-CV-05111-HSG