THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
TIFFANIE C. DE LA RIVA (SB #309092)
tiffanie.delariva@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH DOMINIC VACCARO,<br><br>    Plaintiff,<br><br> v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>    Defendant. | Case No. 4:18-cv-05111-HSG<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS HEARING**<br><br>Hearing:<br><br>Date: December 13, 2018<br>Time: 2:00 p.m.<br>Ctrm: 2<br>Judge: Hon. Haywood S. Gilliam, Jr. |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER GRANTING DEF'S REQUEST TO APPEAR TELEPHONICALLY AT THE CMC AND MTN TO DISMISS HEARING
99321184.1 0052161-06294

-1-

4:18-CV-05111-HSG

1 <u>ORDER</u>

2 The Court, having read and considered Defendant Select Portfolio Servicing, Inc.'s

3 ("SPS") Request to Appear Telephonically at the Case Management Conference and Motion to

4 Dismiss Hearing currently scheduled for December 13, 2018, at 2:00 p.m., and good cause

5 appearing, finds:

6 Defendant's Request to Appear Telephonically at Case Management Conference and

7 Motion to Dismiss Hearing is GRANTED.

8 **IT IS HEREBY ORDERED**:

9 1. Counsel for Defendant may appear telephonically at the Case Management

10 Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the

11 telephonic appearance.

Dated: <u>December 6, 2018</u>

_____
Haywood S. Gilliam, Jr.
Judge of the District Court

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER GRANTING DEF'S REQUEST TO
APPEAR TELEPHONICALLY AT THE CMC     -2-     4:18-CV-05111-HSG
AND MTN TO DISMISS HEARING
99321184.1 0052161-06294